

**CHIEF JUSTICE**
JAMES T. WORTHEN

**JUSTICES**
BRIAN HOYLE
GREG NEELEY

**CLERK**
CATHY S. LUSK

**TWELFTH COURT OF APPEALS**

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/13/2015 10:03:54 AM
CATHY S. LUSK
Clerk

March 12, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:           12-14-00358-CR, 12-14-00359-CR
          Trial Court Case Number:    241-1073-14, 241-1074-14

**Style:**  Floyd Woods
           v.
           The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
     Katrina McClenny, Chief Deputy Clerk

CC:   Mr. Michael J. West (DELIVERED VIA E-MAIL)
       Floyd Woods

Mandate executed on __13TH_ day of ___MARCH_____, 2015.

Brief explanation of action taken: ___SCANNED_____

_____LINDA RHYMES_____District/County Clerk